# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **GREENE COUNTY NURSING AND** ) | |
| **CARE CENTER, INC. d/b/a GREENE HAVEN** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.   ) | Civil Action No. 07-4095-CV-C-NKL |
| ) | |
| **MICHAEL O. LEAVITT, SECRETARY OF** ) | |
| **THE UNITED STATES DEPARTMENT** ) | |
| **OF HEALTH AND HUMAN SERVICES,** ) | |
| ) | |
| **THOMAS LENZ, REGIONAL** ) | |
| **ADMINISTRATOR, CENTERS FOR** ) | |
| **MEDICARE AND MEDICAID SERVICES,** ) | |
| **REGION VII,** ) | |
| ) | |
| **Defendants.** ) | |

## TEMPORARY RESTRAINING ORDER

Before the Court is the Plaintiff's Application for a Temporary Restraining Order [Doc. #3]. The Court conducted a telephone hearing on the Application on May 11, 2007. This Court has determined that this case was incorrectly assigned to the Central Division. In order to allow the judicial assignment for this case to be properly drawn from the Western Division and to allow the parties time to schedule argument on this Application before the assigned judge, the Court hereby enters a temporary restraining order to preserve the status quo, and it is hereby

ORDERED that the effectiveness of the termination of Plaintiff's Medicare and Medicaid provider agreements is stayed. It is further

ORDERED that Defendants and their agents shall not take any action to terminate Plaintiff's Medicare and Medicaid provider agreements. It is further

ORDERED that this order shall not interfere with or impair the rights of Defendants to

investigate any complaints they receive during the pendency of this order. It is further

ORDERED that this Temporary Restraining Order shall expire at 5:00 pm on Tuesday, May 15, 2007, unless otherwise extended by the Court.

Entered this 11th day of May, 2007.

    s/ NANETTE K. LAUGHREY
NANETTE K. LAUGHREY, JUDGE
United States District Court